UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| URIN CORPORATION,<br><br>                Plaintiff,<br><br>vs.<br><br>STEVEN L. KRONGOLD, MARK T. PALIN,<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO. 1:05-cv-633-GET |

## J U D G M E N T

This action having come before the court, Honorable G. Ernest Tidwell, United States District Judge, for consideration of defendant Steven L. Krongold and Mark T. Palin's Motion for Summary Judgment, and the court having GRANTED said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants Steven L. Krongold and Mark T. Palin recover their costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 10th day of July, 2007.

                                                  JAMES N. HATTEN
                                                  CLERK OF COURT


                                        By: s/ *Sheila Gonzalez*
                                                  Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  July 10, 2007
James N. Hatten
Clerk of Court

By:  s/ *Sheila Gonzalez*
       Deputy Clerk