UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

URIM CORPORATION,           )
                            )
        Plaintiff,          )
                            )        CIVIL ACTION
Vs.                         )
                            )        FILE NO. 1:05-CV-0633-GET
STEVEN L. KRONGOLD and      )
MARK T. PALIN,              )
                            )
        Defendants.         )

## STIPULATION OF DISMISSAL

Plaintiff and Defendants, by and through their undersigned counsel, hereby

stipulate to the dismissal of this action with prejudice pursuant to Rule 41(a)(1) of

the Federal Rules of Civil Procedure.

Respectfully submitted, this 24th day of November, 2008.

FELLOWS LaBRIOLA LLP                    CARLOCK, COPELAND & STAIR, LLP

s/Steven M. Kushner                     s/Shannon M. Sprinkle
Steven M. Kushner                       Johannes S. Kingma
Georgia Bar No. 430510                  Ga. Bar No. 614125
Thomas J. Mihill                        Shannon M. Sprinkle
Georgia Bar No. 001363                  Ga. Bar No. 495095

Suite 2300, South Tower                 2600 Marquis Two Tower
225 Peachtree Street, N.E.              285 Peachtree Center Avenue
Atlanta, Georgia 30303-1731             Atlanta, Georgia 30303-1235
(404) 586-9200                          (404) 522-8220
(404) 586-9201 (FAX)                    (404) 222-9482 (FAX)

Attorneys for Plaintiff                 Attorneys for Defendants